PROVIDENT INSTITUTION FOR SAVINGS *vs.* CALEB STETSON & another.

It is no objection to the proof in insolvency of a promissory note against the maker, that a guarantor holds security from him which he has not surrendered.

APPEAL by the assignees in insolvency of Benjamin V. French, from a decree of the court of insolvency allowing certain promissory notes made by him to the defendants, and guarantied by Jonathan French and George F. Williams, to be proved against his estate. The objection made to the proof was that the guarantors (as was admitted) held a mortgage of real estate from the insolvent, for which these notes were the only consideration, and which they had not surrendered.

*R. Choate & C. A. Welch,* for the plaintiffs, were stopped by the court.

*R. H. Dana, Jr. & E. Avery,* for the defendants, cited *Sts.* 1838, *c.* 163, § 3 ; 1848, *c.* 304, § 14 ; 1856, *c.* 285, §§ 26, 32, 35 ; 1 Story on Eq. §§ 502, 638 ; 2 Story on Eq. § 1244 ; *Eastman* v. *Foster,* 8 Met. 19 ; *Lanckton* v. *Wolcott,* 6 Met. 306 ; *Evertson* v. *Booth,* 19 Johns. 486 ; *Wiggin* v. *Dorr,* 3 Sumner, 418.

THOMAS, J. The questions raised in this case are determined in that of *Meed* v. *Nelson,* 9 Gray, 55. *Decree affirmed*